# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-034

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
July 12, 2021

---

## Title

      **Title of Work:**  Augie

## Completion/Publication

      **Year of Completion:**  2011
      **Date of 1st Publication:**  December 15, 2011
      **Nation of 1st Publication:**  United States

## Author

-   **Author:**  Derek Bernstein
    **Author Created:**  sculpture
    **Citizen of:**  United States

## Copyright Claimant

      **Copyright Claimant:**  Derek Bernstein
      105 Whisper Wood Ct., Newtown, PA, 18940, United States

---

## Rights and Permissions

      **Name:**  Priscilla Watts
      **Email:**  pwatts51@yahoo.com
      **Telephone:**  (215)598-3961
      **Alt. Telephone:**  (917)330-7161
      **Address:**  105 Whisper Wood Ct.
      Newtown, PA 18940 United States

## Certification

      **Name:**  Derek Bernstein

