AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 1:25-cv-01873    DATE FILED 02/24/2025 | Northern District of Illinois |
| PLAINTIFF<br><br>Bernstein | DEFENDANT<br><br>Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G Bruton | E. Calasanz | 2/25/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-034

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
July 12, 2021

## Title
  **Title of Work:** Augie

## Completion/Publication
  **Year of Completion:** 2011
  **Date of 1st Publication:** December 15, 2011
  **Nation of 1st Publication:** United States

## Author
  - **Author:** Derek Bernstein
    **Author Created:** sculpture
    **Citizen of:** United States

## Copyright Claimant
  **Copyright Claimant:** Derek Bernstein
  105 Whisper Wood Ct., Newtown, PA, 18940, United States

## Rights and Permissions
  **Name:** Priscilla Watts
  **Email:** pwatts51@yahoo.com
  **Telephone:** (215)598-3961
  **Alt. Telephone:** (917)330-7161
  **Address:** 105 Whisper Wood Ct.
  Newtown, PA 18940 United States

## Certification
  **Name:** Derek Bernstein

