**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Derek Bernstein ) | |
| ) | Case No. 25-cv-1873 |
| v. ) | |
| ) | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Young B. Kim |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Derek Bernstein, voluntarily dismiss any and all claims against the following Defendants, without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 40 | Familyhome Life Hal | 101136223 |

Dated: May 12, 2025                Respectfully submitted,

                By:    s/David Gulbransen/
                       David Gulbransen
                       Attorney of Record

                       David Gulbransen (#6296646)
                       Law Office of David Gulbransen
                       805 Lake Street, Suite 172
                       Oak Park, IL 60302
                       (312) 361-0825 p.
                       (312) 873-4377 f.
                       david@gulbransenlaw.com