**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Derek Bernstein ) | |
| ) | Case No. 25-cv-1873 |
| v. ) | |
| ) | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Young B. Kim |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGEMENT**

Plaintiff Derek Bernstein seeks entry of Default and Default Judgment against all

Defendants excepting Does already dismissed. A Memorandum of Law in Support is filed

concurrently with this Motion.

Dated: July 8, 2025                    Respectfully submitted,

By:   s/David Gulbransen/
                            David Gulbransen
                            Attorney of Record

                            David Gulbransen (#6296646)
                            Law Office of David Gulbransen
                            805 Lake Street, Suite 172
                            Oak Park, IL 60302
                            (312) 361-0825 p.
                            (312) 873-4377 f.
                            david@gulbransenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the July 8, 2025, the **Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendants will also be provided notice on July 8, 2025, via e-mail to the e-mail to the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.


By:  s/David Gulbransen/
      David Gulbransen
      Attorney of Record

      David Gulbransen (#6296646)
      Law Office of David Gulbransen
      805 Lake Street, Suite 172
      Oak Park, IL 60302
      (312) 361-0825 p.
      (312) 873-4377 f.
      david@gulbransenlaw.com