**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Derek Bernstein ) | |
| ) | Case No. 25-cv-1873 |
| v. ) | |
| ) | Judge: Hon. Manish S. Shah |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, Derek Bernstein, against the defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's Complaint (collectively, the "Infringing Webstores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants not already dismissed, identified in Schedule A (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

THIS COURT HEREBY FINDS that it, by virtue of their default, Defaulting Defendants sold products bearing using infringing versions of Derek Bernstein's federally registered copyrights which are protected by United States Copyright Registration No(s). VA 2-258-034 ("Bernstein Works").

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. §504).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. using the Bernstein Works or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Bernstein product or not authorized by Plaintiff to be sold in connection with the Bernstein Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Bernstein Works or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Bernstein and approved by Plaintiff for sale under the Bernstein Works;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Bernstein, or are sponsored by, approved by, or otherwise connected with Bernstein;

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the Bernstein Works, or any reproductions, counterfeit copies or colorable imitations.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, Etsy, Fruugo, DHGate, JoyBuy, Shein, TEMU, Wish, Walmart, etc., shall within seven (7) business days of receipt of this Order disable and cease providing services for any accounts through which Defaulting Defendants sell products which bear any of the Bernstein Works, or any reproductions, counterfeit copies or colorable imitations.

**IT IS SO ORDERED.**

Dated: July 15, 2025

                                                                                                _____
                                                                                                Manish S. Shah
                                                                                                U.S. District Court Judge

Appendix A

| Doe | Store Name | Merchant ID |
|---:|---|---|
| 1 | jinqishijia | A2GTSOXFDW4L62 |
| 5 | JieDongDZ | ADI0PQADEVKJE |
| 6 | zhaifengfeng123 | A1M3BZI4R6CQWK |
| 7 | tianlinyicheng | AJL7AT6F93UAB |
| 15 | YOYO BRAND STORE | A87HRCGG27Y7L |
| 16 | ameel | ACR4ZPFYSKRF4 |
| 21 | LHRHR | A2MTF7GCN2XXLC |
| 22 | PuTianShiXuanYinMaoYiYouXianGongSi | A3W1SL62WIJD6W |
| 23 | Share World | A1J2WXL4HIG0CD |
| 24 | LaoLongshop | A29L9WE474WNN7 |
| 25 | dengzhoushihongyaoshangmaoyouxianzerengongsi | A36BQVOG9BEG90 |
| 26 | Happy 123456 | A2346VEX1XCQZV |
| 28 | Meskcv | 102492233 |
| 32 | houepaixun1967511l | 102483265 |
| 34 | Baishenghong | 101669608 |
| 36 | sunhuanxinyouxiangongsii | 102494105 |
| 37 | qiweidebang | 101693636 |
| 38 | hongbaihuanshang | 102587843 |
| 39 | ngwenganxia | 102588169 |
| 41 | Ruibeauty | 101183488 |
| 42 | fengshengji | 102489072 |
|  | fengshengji | 102489072 |
| 43 | Holly Tree | 101105306 |
| 44 | Gerich | 101192850 |
|  | Gerich | 101192850 |
| 45 | akapiao | 102512090 |
| 46 | Girlsshop | 101350060 |
| 47 | hongsidarui | 102507532 |
| 48 | Geege | 101242647 |
| 49 | Beauty Express | 101127630 |

| 50 | Cogfs | 101279555 |
|---|---|---|
| 51 | Lierteer | 101137320 |
| 52 | hongdi | 101623019 |
| 53 | Spring | 101127764 |
| 54 | deyisi | 101623119 |
| 55 | Ceise | 101205159 |
| 56 | Homelifegood | 101177866 |
| 57 | little home | 101591834 |
| 58 | MIMISTIDIO | 101636477 |
| 60 | Center V | 101120115 |
| 61 | halitekeji | 101551895 |
| 62 | Suyin | 101121020 |
| 64 | Huanke | 101631133 |
| 65 | Treasa | 101176582 |
| 66 | sikesi | 101644155 |
| 67 | Beauty home | 101112644 |
| 68 | Happy Life | 101126200 |
| 69 | zhongsenya | 102486688 |
| 70 | Ofenier | 101105703 |
| 71 | Youworth | 101677953 |
| 72 | Fourall | 101530737 |
| 73 | zhishengfeng | 101659785 |
| 74 | SOFEIYA HOME | 101556636 |
| 75 | Tailai | 101671813 |
| 76 | Gnidam | 101591078 |
| 77 | BULESON | 101256213 |
| 78 | naiyali | 102506485 |
| 79 | fanmier | 102494712 |
| 80 | WendyZ | 102553497 |
| 81 | caijiexi | 102506514 |
| 82 | laisenwei | 102487758 |
| 83 | LIKE MEI | 101126479 |
| 84 | diluopei | 102494757 |

| | | | |
|---|---|---|---|
| 85 | senshengxin | | 102506786 |
| 87 | groupupmore | | groupupmore |
| 88 | bloomfyyear | | bloomfyyear |
| 89 | sabipo67 | | sabipo67 |
| 92 | zhongxiangshimuq | | zhongxiangshimuq |
| 93 | foyalovesend | | foyalovesend |
| 96 | buerflyingshop | | buerflyingshop |
| 97 | buerflyingshop | | buerflyingshop |
| 98 | pinklxx2022 | | pinklxx2022 |
| 99 | fayshowsimile | | fayshowsimile |
| 100 | tichiowe | | tichiowe |
| 102 | dreamlifeshop7 | | dreamlifeshop7 |
| 103 | objiditytin | | objiditytin |
| 106 | mabr-940649 | | mabr-940649 |
| 107 | florine2001 | | florine2001 |
| 109 | hkd668 | | hkd668 |
| 110 | Konglong kangglang | | Konglong kangglang |
| 111 | chrij_31US | | chrij_31US |
| 113 | lipz52 | | lipz52 |
| 115 | yada_531 | | yada_531 |
| 117 | rokis-66 | | rokis-66 |
| 119 | hlimbthum | | hlimbthum |
| 120 | shaeli_381 | | shaeli_381 |
| 121 | coppdgoser | | coppdgoser |
| 122 | nevertoolate005 | | nevertoolate005 |
| 124 | happyfamily216 | | happyfamily216 |
| 125 | kkladyclothes | | kkladyclothes |
| 126 | roro1326 | | roro1326 |
| 127 | leapou | | leapou |
| 129 | anthje_20 | | anthje_20 |
| 130 | shasc_8042 | | shasc_8042 |
| 131 | samiralturi | | samiralturi |
| 133 | lico-8094 | | lico-8094 |

| | | |
|---|---|---|
| 134 | faf533 | faf533 |
| 137 | shraga2_79 | shraga2_79 |
| 138 | nevertoolate004 | nevertoolate004 |